# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTH CARLSON**, | : | CIVIL ACTION NO. 1:08-CV-0295 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **MR. BENNETT**, | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 4th day of September, 2008, upon consideration of plaintiff's letters to the court requesting counsel (Docs. 19 & 21), construed as motions for appointment of counsel, and it appearing from the complaint (Doc. 1) that plaintiff is capable of properly and forcefully prosecuting his claims with adequate factual investigation and appropriate citations to governing authority, and that resolution of the facial merit of plaintiff's claims neither implicates complex legal or factual issues nor requires factual investigation or the testimony of expert witnesses, see Montgomery v. Pinchak, 294 F.3d 492, 499 (3d Cir. 2002); Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to a request for counsel),[1] it is hereby ORDERED that the motions (Docs. 19 & 21) are DENIED.  If further

---

[1] In a non-precedential decision, a panel of the United States Court of Appeals for the Third Circuit indicated that the district court should also consider its willingness to aid the indigent party in presenting his or her case in the courtroom and the availability of attorneys willing to take § 1915(e) appointments. Gordon v. Gonzalez, 232 F. App'x 153, 156 n.4 (3d Cir. 2007).

proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff.  See id.

                                                 S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge